1114

No. 93–8808. MARSHALL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–8812. JACKSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–8814. MARTINEZ DIAZ v. GOVERNMENT OF THE VIRGIN ISLANDS. C. A. 3d Cir. Certiorari denied.

No. 93–8817. HANKERSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–8821. LEE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–8826. SANCHEZ SANTANA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–8835. DRESSLER v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 93–8845. PHELPS v. UNITED STATES FEDERAL GOVERNMENT ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–8847. BROWN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–8850. DIZON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–8856. SALCEDO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–8857. BALL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–8862. GREGG v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–8863. FREDETTE ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–8878. ANTHONY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.